

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-21-00038-CV
_____

CHARLES BLOOMFIELD AND NIKITA LAMEE BLOOMFIELD, Appellants

V.

SPRING INDEPENDENT SCHOOL DISTRICT, Appellee

On Appeal from the 151st District Court
Harris County, Texas
Trial Court No. 2010-69231

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Charles Bloomfield and Nikita A. Bloomfield, appellants, filed a notice of appeal in this matter on April 29, 2021.[1] The clerk's record was due to be filed in this case on or before February 21, 2012. Appellants are not indigent and are thus responsible for paying or making adequate arrangements to pay the clerk's fee for preparing the record. *See* TEX. R. APP. P. 37.3(b). The district clerk has informed this Court that the fee has not been paid for the preparation of the clerk's record.

By letter dated May 4, 2021, appellants were provided with notice of and an opportunity to cure this defect. *See* TEX. R. APP. P. 42.3(b), (c). The clerk's letter further warned appellants that, if they did not submit an adequate response to the notice by June 3, 2021, this appeal would be subject to dismissal for want of prosecution and for failure to comply with the above-cited rules. Appellants have not paid for the preparation of the clerk's record and have not filed proof of indigency. *See* TEX. R. APP. P. 20.1. Further, we have received no communication from appellants responsive to the May 4 correspondence. Accordingly, this appeal is ripe for dismissal.

---

[1]Originally appealed to the First Court of Appeals in Houston, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

Pursuant to Rule 42.3, subsections (b) and (c), of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.

Josh R. Morriss, III
Chief Justice

Date Submitted:     July 6, 2021
Date Decided:       July 7, 2021